# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>ROB SOLLEY, et al.,<br><br>    Defendants. | Case No.  1:14-cv-00617---SAB<br><br>ORDER DENYING DEFENDANT'S APPLICATION FOR STAY AND EARLY EVALUATION CONFERENCE<br><br>(ECF Nos. 10, 11) |

Plaintiff Ronald Moore filed this action on April 25, 2014 alleging denial of access under the American's with Disabilities Act (42 U.S.C. §§ 12101 et seq.) and related state statutes. On May 21, 2014, Defendant Rob Solley filed an answer, and application for stay and early evaluation conference. (ECF No. 8, 10, 11.)

In California, the Construction-Related Accessibility Standards Compliance Act ("the Act") became effective January 1, 2009, entitling some defendants in construction related accessibility suits to a stay and an early evaluation conference for the lawsuit. Cal. Civ. Code §§ 55.51-55.54. Section 55.54(d) requires that the state court order a 90-day stay of the proceedings and set a mandatory early evaluation conference once an application is filed.

"When federal courts consider claims under state law, they are to apply federal procedural law and state substantive law." O'Campo v. Chico Mall, LP, 758 F.Supp.2d 976, 985 (E.D. Cal. 2010) (citing Erie R. Co. v. Tompkins, 304 U.S. 64, 58 S.Ct. 817, 82 L.Ed. 1188

1  (1938)).  In determining whether the state law is substantive or procedural the court is to
2  determine whether the application of the state law will significantly affect the result of the
3  litigation.  Snead v. Metropolitan Property & Cas. Ins. Co., 237 F.3d 1080, 1090 (9th Cir. 2001).

4  While the state law requiring a stay and early evaluation conference may result in an
5  early resolution of the action, it is not likely to change the outcome of the litigation as it is
6  merely a mechanism for scheduling cases.  Oliver v. Hot Topic, Inc., 2010 WL 4261473, at *1
7  (S.D. Cal. July 27, 2010).  Applying this statute will not affect the parties to this actions legal
8  rights or entitlement for relief.  O'Campo, 758 F.Supp.2d at 985.  Therefore, this court agrees
9  with those courts which have found that section 55.54 is procedural and a federal court is not
10 required to apply the Act to a plaintiff's state law claims.  Accordingly, Defendant's motion for a
11 stay and early evaluation conference is DENIED.

IT IS SO ORDERED.

Dated:   **May 22, 2014**

UNITED STATES MAGISTRATE JUDGE