KIMBERLY L. MAYHEW (SBN 199105)
CRAIG R. MEREDITH (SBN 292844)
CASWELL BELL & HILLISON LLP
5200 North Palm Avenue, Suite 211
Fresno, CA 93704-2225
Telephone: 559/225-6550
Facsimile: 559/225-7912
email: kmayhew@caswellbell.com

Attorneys for Defendants BALBIR SINGH dba BELMONT U SAVE LIQUOR
And JASWANT SINGH dba BELMONT U SAVE LIQUOR

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA- FRESNO DIVISION

\* \* \*

| | |
|---|---|
| RONALD MOORE, | Case No. 1:14-cv-00617-SAB |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS BALBIR SINGH DBA BELMONT U SAVE LIQUOR AND JASWANT SINGH DBA BELMONT U SAVE LIQUOR TO FILE RESPONSIVE PLEADING** |
| v. | |
| ROB SOLLEY, Trustee of the ROB SOLLEY LIVING TRUST, under Declaration of Trust dated May 17, 2012; BALBIR SINGH dba BELMONT U SAVE LIQUOR; JASWANT SINGH dba BELMONT U SAVE LIQUOR; | |
| Defendants. | |

Plaintiff and defendants Balbir Singh dba Belmont U Save Liquor and Jaswant Singh dba Belmont U Save Liquor, through their respective counsel, hereby stipulate that in order to provide sufficient time to resolve this matter through settlement, defendants Balbir Singh dba Belmont U Save Liquor and Jaswant Singh dba Belmont U Save Liquor shall have to and including June 30, 2014, in which to file a responsive pleading in the above-referenced matter.

This is the first extension agreed to by plaintiff and defendants Balbir Singh dba Belmont U Save Liquor and Jaswant Singh dba Belmont U Save Liquor.  The extension exceeds 28 days.

It is so stipulated.

DATED:   June 16, 2014                               MOORE LAW FIRM, P.C.

                                          ___/s/ Tanya E. Moore_____
                                          Tanya E. Moore, Attorneys for Plaintiff RONALD MOORE

Dated: June 16, 2014                                 CASWELL BELL & HILLISON LLP

                                          /s/ Kimberly L. Mayhew
                                          Kimberly L. Mayhew,
                                          Attorneys for Defendants BALBIR SINGH dba BELMONT U SAVE LIQUOR and JASWANT SINGH dba BELMONT U SAVE LIQUOR

///

///

///

LAW OFFICES
CASWELL, BELL & HILLISON LLP
5200 NORTH PALM AVENUE
SUITE 211
FRESNO, CA  93704-2225

**ORDER**

GOOD CAUSE APPEARING THEREOF,

IT IS HEREBY ORDERED that defendants Balbir Singh dba Belmont U Save Liquor and Jaswant Singh dba Belmont U Save Liquor shall have to and including June 30, 2014, in which to file a responsive pleading in the above-referenced matter.

IT IS SO ORDERED.

Dated:  **June 18, 2014**

UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
CASWELL, BELL &
HILLISON LLP
5200 NORTH PALM AVENUE
SUITE 211
FRESNO, CA  93704-2225

3

**CERTIFICATE OF SERVICE**

    I am a citizen of the United States and a resident of Fresno County.  I am over the age of 18 years and not a party to the within above-entitled action; my business address is 5200 N. Palm, Suite 211, Fresno, California.

    On June 16, 2014, I served the foregoing document described as: **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS BALBIR SINGH DBA BELMONT U SAVE LIQUOR AND JASWANT SINGH DBA BELMONT U SAVE LIQUOR TO FILE RESPONSIVE PLEADING** on the interested parties in this action by placing filing electronically with the United States District Court and mailing a copy enclosed in a sealed envelope address as follows:

**(SEE ATTACHED SERVICE LIST)**

( )    **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Fresno, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this affidavit.

( X )  **(By CM/ECF)**  with the Clerk of the United States District Court of Eastern District of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System.   Pursuant to Federal Rule of Civil Procedure 5, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via U.S. First Class Mail.  However, the undersigned is not aware of anyone who has not consented to electronic service.

( )    **(BY COMMON CARRIER/OVERNIGHT DELIVERY)**  by direct delivery to a common carrier at Fresno, California (which provides overnight delivery service as shown on the carrier's receipt) of true copies and the original thereof, enclosed in sealed pre-addressed envelopes as shown on the attached Service List, with delivery fees provided for or paid.

4

(**X**)    **(FEDERAL)**  I declare that I am employed in the office of a member of the bar duly licensed to practice in this court at whose direction the service was made.

Executed on June 16, 2014, at Fresno, California.

                                        /s/ Kim M. Paganetti
                                          Kim M. Paganetti

**SERVICE LIST**

Tanya E. Moore, Esq.
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408)298-2000
Facsimile (408) 298-6046
Tanya@moorelawfirm.com
Attorneys for Plaintiffs

LAW OFFICES
CASWELL, BELL &
HILLISON LLP
5200 NORTH PALM AVENUE
SUITE 211
FRESNO, CA 93704-2225