1 Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 332 North Second Street
San Jose, California 95112
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4 Email: tanya@moorelawfirm.com

5 Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | No. 1:14-cv-00617---SAB |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| ROB SOLLEY, Trustee of the ROB SOLLEY LIVING TRUST, under Declaration of Trust dated May 17, 2012; BALBIR SINGH dba BELMONT U SAVE LIQUOR; JASWANT SINGH dba BELMONT U SAVE LIQUOR; | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore and Defendants Rob Solley, Trustee of the Rob Solley Living Trust, under Declaration of Trust dated May 17, 2012; Balbir Singh and Jaswant Singh, dba Belmont U Save Liquor, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Date: August 4, 2014					MOORE LAW FIRM, P.C.

							*/s/ Tanya E. Moore*
							Tanya E. Moore
							Attorneys for Plaintiff
							Ronald Moore

							CASWELL BELL & HILLISON LLP

							*/s/ Kimberly L. Mayhew*
							Kimberly L. Mayhew
							Attorneys for Defendants
							Rob Solley, Trustee of the Rob Solley
							Living Trust, under Declaration of
							Trust dated May 17, 2012; Balbir Singh
							and Jaswant Singh, dba Belmont
							U Save Liquor

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety, each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

  Dated:   **August 4, 2014**			     **/s/ Lawrence J. O'Neill**
							UNITED STATES DISTRICT JUDGE